## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CONSERVATION LAW
FOUNDATION; CONNECTICUT
RIVER CONSERVANCY; CLEAN
WISCONSIN; MASSACHUSETTS
AUDUBON SOCIETY, INC.;
MERRIMACK RIVER WATERSHED
COUNCIL; NATURAL RESOURCES
DEFENSE COUNCIL, INC.; NEW
MEXICO WILDERNESS ALLIANCE;
and PRAIRIE RIVERS NETWORK,

     Plaintiffs,

v.

U.S. ENVIRONMENTAL
PROTECTION AGENCY; ANDREW R.
WHEELER, in his official capacity as
the Administrator of the U.S.
Environmental Protection Agency; U.S.
ARMY CORPS OF ENGINEERS; and
R.D. JAMES, in his official capacity as
the Assistant Secretary of the Army
(Civil Works),

     Defendants.

Case No. 20-cv-10820-DPW

## PROOF OF SERVICE AFFIDAVIT

I, Grace Keltner, hereby declare and affirm as follows:

1.     I am employed as a process server at Firefly Legal, Inc., a company that specializes in process serving. I am over the age of 18, and I am not a party to this action.

2.     On May 4, 2020, I served on the defendants and counsel for the defendants, as described below, true and correct copies of the Complaint and summonses for the above-captioned case.

3.      On May 4, 2020, I served Defendant U.S. Environmental Protection Agency (EPA) by sending one copy of the documents identified in ¶ 2 by certified mail to: United States Environmental Protection Agency, 1200 Pennsylvania Avenue, NW, Washington, DC 20460. I received confirmation indicating that the package was received on May 18, 2020. True and correct copies of the delivery confirmation and summons for EPA are attached as Exhibit A.

4.      On May 4, 2020, I served Defendant Andrew R. Wheeler by sending one copy of the documents identified in ¶ 2 by certified mail to: Andrew R. Wheeler, Administrator, U.S. Environmental Protection Agency, Mail Code 1101A, 1200 Pennsylvania Avenue, NW, Washington DC 20460. I received confirmation indicating that the package was received on May 11, 2020. True and correct copies of the delivery confirmation and summons for Andrew R. Wheeler are attached as Exhibit B.

5.      On May 4, 2020, I served Defendant U.S. Army Corps of Engineers by sending one copy of the documents identified in ¶ 2 by certified mail to: U.S. Army Corps of Engineers, 441 G Street NW, Washington, DC 20314. I received confirmation indicating that the package was received on May 11, 2020. True and correct copies of the delivery confirmation and summons for U.S. Army Corps of Engineers are attached as Exhibit C.

6.      On May 4, 2020, I served Defendant R.D. James by sending one copy of the documents identified in ¶ 2 by certified mail to: R.D. James, Assistant Secretary of the Army (Civil Works), Department of the Army, 108 Army Pentagon, Washington, DC 20310. I received confirmation indicating that the package was received on May 12,

2020. True and correct copies of the delivery confirmation and summons for R.D.
James are attached as Exhibit D.

7.    On May 4, 2020, I served the Attorney General of the United States by
sending one copy of the Complaint and summonses for all defendants by certified mail
to: William Barr, Attorney General of the United States, United States Department of
Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530. I received confirmation
indicating that the package was received on May 11, 2020. True and correct copies of
the delivery confirmation is attached as Exhibit E.

8.    On May 4, I served the U.S. Attorney's Office for the District of
Massachusetts by sending one copy of the Complaint and summonses for all
defendants by certified mail to: U.S. Attorney's Office, Attn: Civil-Process Clerk, John
Joseph Moakley U.S. Federal Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA
02210. I received confirmation indicating that the package was received on May 8,
2020. True and correct copies of the delivery confirmation is attached as Exhibit F.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: May 26, 2020

Grace Keltner
Process Server
Firefly Legal, Inc.
19150 S. 88th Ave.
Mokena, IL 60448

4