# Exhibit A

# UNITED STATES DISTRICT COURT
### for the
# DISTRICT OF MASSACHUSETTS

CONSERVATION LAW FOUNDATION, ET AL.

*Plaintiff*

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.

*Defendant*

Civil Action No.:
**1:20-CV-10820-DPW**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, DC 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jolie McLaughlin, Natural Resources Defense Council
20 N. Wacker Dr., Suite 1600
Chicago, IL 60606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – **Christina McDonagh**
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2020-04-29 11:07:10.0, Clerk USDC DMA

Civil Action No.: **1:20-CV-10820-DPW**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) U.S. Environmental Protection Agency
was received by me on (date) April 30, 2020.

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify): On May 4, 2020, I served the summons by certified mail on Defendant U.S. Environmental Protection Agency, the U.S. Attorney General, and the U.S. Attorney's Office for the District of Massachusetts.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

5/26/20
Date

*Server's Signature*

Grace Keltner, Process Server
*Printed name and title*

Firefly Legal, Inc.
19150 S. 88th Ave.
Mokena, IL 60448
*Server's Address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Environmental Protection Agency
   1200 Pennsylvania Avenue, NW,
   Washington, DC, 20460          3898850

   9590 9402 5424 9189 5757 11

2. Article Number (Transfer from service label)

   7019 2280 0001 7493 0573

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                                          ☐ Agent
                                              ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

   Mail Management

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail®
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…**

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70192280000174930573

Your item was delivered to an individual at the address at 11:14 am on May 18, 2020 in WASHINGTON, DC 20460.

## ✓ Delivered

May 18, 2020 at 11:14 am
Delivered, Left with Individual
WASHINGTON, DC 20460

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.