# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | Case No. 20-cv-10820-DPW |

## SCHEDULING ORDER

Upon the joint request of Plaintiffs and Defendants, the Court hereby enters the following schedule to govern the deadlines and page limits for lodging the administrative record and filing cross-motions for summary judgment:

| | |
|---|---|
| Defendants lodge certified administrative record | August 28, 2020 |
| Plaintiffs file motion for summary judgment, with brief not to exceed 45 pages | October 15, 2020 |
| Defendants file combined cross-motion for summary judgment/opposition to Plaintiffs' motion for summary judgment, with brief not to exceed 45 pages | December 3, 2020 |
| Plaintiffs file combined reply in support of motion for summary judgment/opposition to Defendants' cross-motion for summary judgment, with brief not to exceed 30 pages | January 11, 2021 |
| Defendants file reply in support of cross-motion for summary judgment, with brief not to exceed 30 pages | February 10, 2021 |

Further, the Court grants the parties' request to waive the requirement of Local Rule 56.1 statements for this record-review case, and cancels the scheduling conference currently set for October 5, 2020.

SO ORDERED.

Dated: August 26, 2020

/s/ Douglas P. Woodlock
Hon. Douglas P. Woodlock
United States District Judge