UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 20-cv-10820-DPW |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Local Rule 56.1, and this Court's August 26, 2020 Scheduling Order (ECF No. 25), Plaintiffs Conservation Law Foundation, Connecticut River Conservancy, Clean Wisconsin, Massachusetts Audubon Society, Merrimack River Watershed Council, Natural Resources Defense Council, New Mexico Wilderness Alliance, and Prairie Rivers Network move for an order granting summary judgment to Plaintiffs on their claims against Defendants under the Administrative Procedure Act (APA), 5 U.S.C. § 706, and Endangered Species Act (ESA), 33 U.S.C. § 1536 *et seq*. *See* Compl., ECF No. 19. Plaintiffs move for an order vacating the rule titled *Navigable Waters Protection Rule: Definition of "Waters of the United States,"* 85 Fed. Reg. 22,250 (Apr. 21, 2020) (Navigable Waters Rule), and ordering Defendants to comply with section 7 of the ESA, because the Navigable Waters Rule is arbitrary and capricious and not in accordance with the law under the APA and because the Agencies failed to comply with section 7 of the ESA when promulgating the Rule.

In support of this summary judgment motion, Plaintiffs rely on their memorandum of law in support of their motion, the member and organizational declarations attached to the memorandum of law, and the declarations and accompanying exhibits of Michelle Wu, Stacy Woods, and Kurt Fesenmyer, which are being filed as separate docket entries.

Dated: October 15, 2020

Respectfully submitted,

*/s/ Jolie McLaughlin*
Jolie McLaughlin, *pro hac vice*
Natural Resources Defense Council
20 N. Wacker Drive, Suite 1600
Chicago, IL 60606
Phone: (312) 995-5902
Email: jdmclaughlin@nrdc.org

Nancy S. Marks, Bar No. 542204
Michelle Wu, *pro hac vice*
Catherine Marlantes Rahm, *pro hac vice*
Daniel Hessel, *pro hac vice*
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
Phone: (212) 727-4414
Email: nmarks@nrdc.org

*Counsel for Plaintiffs Clean Wisconsin, Natural Resources Defense Council, New Mexico Wilderness Alliance, and Prairie Rivers Network*

*/s/ Heather A. Govern*
Heather A. Govern, Bar No. 688482
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
Phone: (617) 850-1765
Email: hgovern@clf.org

Elena Mihaly, Bar No. 687387
Conservation Law Foundation
15 East State Street, Suite 4
Montpelier, VT 05602
Phone: (802) 622-3012
Email: emihaly@clf.org

*Counsel for Plaintiffs Conservation Law Foundation, Connecticut River Conservancy, Massachusetts Audubon Society, and Merrimack River Watershed Council*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I hereby certify that, in accordance with Local Rule 7.1(a)(2), counsel for Plaintiffs conferred with counsel for Defendants on October 9, 2020, in an attempt to resolve or narrow the issues, but were unable to resolve or narrow the issues raised in this motion.

Dated:  October 15, 2020                                         */s/ Jolie McLaughlin*


## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2020, I caused the foregoing **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**, and the accompanying supportive documents and attachments, to be filed and served upon counsel of record via the Court's CM/ECF filing system.

Dated:  October 15, 2020                                         */s/ Jolie McLaughlin*