UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONSERVATION LAW FOUNDATION, et al.,

    Plaintiffs,

v.

ENVIRONMENTAL PROTECTION AGENCY, et al.,

    Defendants.

Case No. 20-cv-10820-DPW

**DECLARATION OF MICHELLE WU**

I, Michelle Wu, declare as follows:

1. I am counsel of record for Plaintiffs Natural Resources Defense Council, Inc., Clean Wisconsin, New Mexico Wilderness Alliance, and Prairie Rivers Network in the above-captioned matter filed against Defendants U.S. Environmental Protection Agency (EPA); Andrew R. Wheeler, in his official capacity as EPA Administrator; U.S. Army Corps of Engineers (Army Corps); and R.D. James, in his official capacity as Assistant Secretary of the Army (Civil Works) (collectively, the Agencies).

2. Attached as Exhibit 1 is a true and correct copy of EPA's December 2, 2008, guidance memorandum titled *Clean Water Act Jurisdiction Following the U.S. Supreme Court's Decision in <u>Rapanos v. United States & Carabell v. United States</u>*. This memorandum is listed in the certified administrative record index filed by Defendants, *see* ECF No. 26, as Docket Document ID No. EPA-HQ-OW-2018-0149-11695, and is available online at: https://www.regulations.gov/document?D=EPA-HQ-OW-2018-0149-11695.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from EPA's January 2015 report titled *Connectivity of Streams & Wetlands to Downstream Waters: A Review & Synthesis of the Scientific Evidence*. The report is listed in the certified administrative record index filed by Defendants, *see* ECF No. 26, as Docket Document ID No. EPA-HQ-OW-2018-0149-11691, and is available online at: https://www.regulations.gov/document?D=EPA-HQ-OW-2018-0149-11691.

4. Attached as Exhibit 3 is a true and correct copy of an email from Stacey Jensen, Army Corps, to John Goodin, EPA, and attached files. The email and attachments are listed in the certified administrative record index filed by Defendants, *see* ECF No. 26, as Docket Document ID No. EPA-HQ-OW-2018-0149-11767, and are available online at: https://www.regulations.gov/document?D=EPA-HQ-OW-2018-0149-11767.

5. Attached as Exhibit 4 is a true and correct copy of an excerpt from a document prepared by the Agencies, dated December 11, 2018, titled *Resource and Programmatic Assessment for the Proposed Revised Definition of "Waters of the United States."* The document is listed in the certified administrative record index filed by Defendants, *see* ECF No. 26, as Docket Document ID No. EPA-HQ-OW-2018-0149-0005, and is available online at: https://www.regulations.gov/document?D=EPA-HQ-OW-2018-0149-0005.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from a public comment letter submitted by Steve Moyer, Vice President of Government Affairs, Trout Unlimited. The document is listed in the certified administrative record index filed by Defendants, *see* ECF No. 26, as Docket Document ID No. EPA-HQ-OW-2018-0149-4912, and is available online at: https://www.regulations.gov/document?D=EPA-HQ-OW-2018-0149-4912.

7.     Attached as Exhibit 6 is a true and correct copy of excerpts from a November 2008 report by Lainie R. Levick et al., titled *The Ecological and Hydrological Significance of Ephemeral and Intermittent Streams in the Arid and Semi-arid American Southwest*. The report is listed in the certified administrative record index filed by Defendants, *see* ECF No. 26, as Docket Document ID No. EPA-HQ-OW-2018-0149-0037, and is available online at: https://www.regulations.gov/document?D=EPA-HQ-OW-2018-0149-0037.

8.     Attached as Exhibit 7 is a true and correct copy of a fact sheet from EPA's website titled *Why are Wetlands Important?*. The fact sheet is listed in the certified administrative record index filed by Defendants, *see* ECF No. 26, as Docket Document ID No. EPA-HQ-OW-2018-0149-11677, and is available online at: https://www.regulations.gov/document?D=EPA-HQ-OW-2018-0149-11677.

9.     Attached as Exhibit 8 is a true and correct copy of the EPA Science Advisory Board's October 16, 2019, draft commentary on the Agencies' proposed rule redefining "waters of the United States." The draft commentary is attached to a memorandum listed in the certified administrative record index filed by Defendants, *see* ECF No. 26, as Docket Document ID No. EPA-HQ-OW-2018-0149-11589, and is available online, as the first attachment, at: https://www.regulations.gov/document?D=EPA-HQ-OW-2018-0149-11589.

10.    Attached as Exhibit 9 is a true and correct copy of the EPA Science Advisory Board's February 27, 2020, final commentary on the Agencies' proposed rule redefining "waters of the United States," which is available online at: https://yosemite.epa.gov/sab/sabproduct.nsf/729C61F75763B8878525851F00632D1C/$File/EPA-SAB-20-002+.pdf.

11.    Attached as Exhibit 10 is a true and correct copy of excerpts from a document prepared by the Agencies, dated January 22, 2020, titled *Economic Analysis for the Navigable*

*Waters Protection Rule: Definition of "Waters of the United States."* The document is listed in the certified administrative record index filed by Defendants, *see* ECF No. 26, as Docket Document ID No. EPA-HQ-OW-2018-0149-11572, and is available online at: https://www.regulations.gov/document?D=EPA-HQ-OW-2018-0149-11572.

12.  Attached as Exhibit 11 is a true and correct copy of excerpts from EPA's October 2015 draft report titled *National Wetland Condition Assessment 2011: A Collaborative Survey of the Nation's Wetlands*. This report is listed in the certified administrative record index filed by Defendants, *see* ECF No. 26, as Docket Document ID No. EPA-HQ-OW-2018-0149-0036, and is available online at: https://www.regulations.gov/document?D=EPA-HQ-OW-2018-0149-0036.

13.  Attached as Exhibit 12 is a true and correct copy of excerpts from the EPA Science Advisory Board's October 17, 2014, review of EPA's draft report titled *Connectivity of Streams and Wetlands to Downstream Waters: A Review and Synthesis of the Scientific Evidence*. The Science Advisory Board's review is listed in the certified administrative record index filed by Defendants, *see* ECF No. 26, as Docket Document ID No. EPA-HQ-OW-2018-0149-0386, and is available online at: https://www.regulations.gov/document?D=EPA-HQ-OW-2018-0149-0386.

14.  Attached as Exhibit 13 is a true and correct copy of excerpts from a January 22, 2018, paper titled *Southwestern Intermittent and Ephemeral Stream Connectivity* by D.C. Goodrich et al., published in the *Journal of the American Water Resources Association*. The paper is Exhibit G-28 to a public comment letter submitted by Earthjustice on behalf of Sierra Club et al., which is listed in the administrative record index filed by Defendants, *see* ECF No. 26, as Docket Document ID No. EPA-HQ-OW-2018-0149-11451, and is available online, as the

attachment titled "G-28 SW Intermittent Connectivity," at: https://www.regulations.gov/document?D=EPA-HQ-OW-2018-0149-11451.

15. Attached as Exhibit 14 is a true and correct copy of a public comment letter submitted by 13 former members of the EPA Science Advisory Board panel that reviewed the draft Connectivity Report and the Clean Water Rule. The comment letter is listed in the certified administrative record index filed by Defendants, *see* ECF No. 26, as Docket Document ID No. EPA-HQ-OW-2018-0149-3825, and is available online at: https://www.regulations.gov/document?D=EPA-HQ-OW-2018-0149-3825.

16. Attached as Exhibit 15 is a true and correct copy of excerpts from a document prepared by the Agencies before promulgating the Clean Water Rule, dated May 27, 2015, titled *Technical Support Document for the Clean Water Rule: Definition of Waters of the United States*. The document is Exhibit 16 to a public comment letter submitted by Waterkeeper Alliance et al., which is listed in the certified administrative record index filed by Defendants, *see* ECF No. 26, as Docket Document ID No. EPA-HQ-OW-2018-0149-11318, and is available online, beginning on page 14 of the attachment titled "Attachments Volume 4 – Exhibits 12-18," at: https://www.regulations.gov/document?D=EPA-HQ-OW-2018-0149-11318.

17. Attached as Exhibit 16 is a true and correct copy of an excerpt from the Agencies' Public Comment Summary Document, *Topic 5: Tributaries*. The Public Comment Summary Document is listed in the certified administrative record index filed by Defendants, *see* ECF No. 26, as Docket Document ID No. EPA-HQ-OW-2018-0149-11574, and is available online, as the attachment titled "Topic 5: Tributaries," at: https://www.regulations.gov/document?D=EPA-HQ-OW-2018-0149-11574.

18. Attached as Exhibit 17 is a true and correct copy of excerpts from the Agencies' Public Comment Summary Document, *Topic 1: Legal Arguments*. The Public Comment Summary Document is listed in the certified administrative record index filed by Defendants, *see* ECF No. 26, as Docket Document ID No. EPA-HQ-OW-2018-0149-11574, and is available online, as the attachment titled "Topic 1: Legal Arguments," at:

https://www.regulations.gov/document?D=EPA-HQ-OW-2018-0149-11574.

19. Attached as Exhibit 18 is a true and correct copy of an excerpt from the Agencies' Public Comment Summary Document, *Topic 11: Economic Analysis and Resource and Programmatic Assessment*. The Public Comment Summary Document is listed in the certified administrative record index filed by Defendants, *see* ECF No. 26, as Docket Document ID No. EPA-HQ-OW-2018-0149-11574, and is available online, as the attachment titled "Topic 11: Economic Analysis and Resource and Programmatic Assessment," at:

https://www.regulations.gov/document?D=EPA-HQ-OW-2018-0149-11574.

20. Attached as Exhibit 19 is a true and correct copy of excerpts from a document prepared by the Agencies, dated December 14, 2018, titled *Economic Analysis for the Proposed Revised Definition of "Waters of the United States."* The document is listed in the certified administrative record index filed by Defendants, *see* ECF No. 26, as Docket Document ID No. EPA-HQ-OW-2018-0149-0004, and is available online at: https://www.regulations.gov/document?D=EPA-HQ-OW-2018-0149-0004.

21. Attached as Exhibit 20 is a true and correct copy of a fact sheet for draft National Pollutant Discharge Elimination System (NPDES) Permit No. NM0028355, prepared February 26, 2020, which is available online at https://www.epa.gov/sites/production/files/2019-11/documents/2019_fact_sheet_final.pdf.

22. Attached as Exhibit 21 is a true and correct copy of an Approved Jurisdictional Determination (AJD)[1] (SPA-2020-00172) from the Albuquerque District of the Army Corps, dated July 28, 2020, which is available online at: https://www.spa.usace.army.mil/Portals/16/docs/civilworks/regulatory/Jurisdiction/Approved%20JDs/New%20Mexico/2020-172.%20AJD.PDF?ver=2020-08-03-113213-193.

23. Attached as Exhibit 22 is a true and correct copy of an AJD (SPA-2020-00168) from the Albuquerque District of the Army Corps, dated July 20, 2020, which is available online at: https://www.spa.usace.army.mil/Portals/16/docs/civilworks/regulatory/Jurisdiction/Approved%20JDs/New%20Mexico/2020-168.%20AJD.PDF?ver=2020-07-20-182911-393.

24. Attached as Exhibit 23 is a true and correct copy of an AJD (SPA-2020-00170) from the Albuquerque District of the Army Corps, dated July 20, 2020, which is available online at: https://www.spa.usace.army.mil/Portals/16/docs/civilworks/regulatory/Jurisdiction/Approved%20JDs/New%20Mexico/2020-170.%20AJD.PDF?ver=2020-07-20-184804-757.

25. Attached as Exhibit 24 is a true and correct copy of an AJD (SPA-2020-00171) from the Albuquerque District of the Army Corps, dated July 20, 2020, which is available online at: https://www.spa.usace.army.mil/Portals/16/docs/civilworks/regulatory/Jurisdiction/Approved%20JDs/New%20Mexico/2020-171.%20AJD.PDF?ver=2020-07-20-184809-600.

26. Attached as Exhibit 25 is a true and correct copy of excerpts from the U.S. Bureau of Land Management and U.S. Bureau of Indian Affairs' February 2020 *Draft Resource Management Plan Amendment and Environmental Impact Statement* for the Farmington Mancos-Gallup project (RMP Amendment/EIS). The first excerpt is from *Chapter 3: Affected*

---

[1] An "Approved jurisdictional determination" is "a Corps document stating the presence or absence of waters of the United States on a parcel or a written statement and map identifying the limits of waters of the United States on a parcel." 33 C.F.R. § 331.2.

7

*Environment and Environmental Consequences*, subsection *3.4.3 Water Resources*, in Volume 1 of the RMP Amendment/EIS, which is available online at: https://eplanning.blm.gov/public_projects/lup/68107/20013477/250018467/FMG_DraftRMPA-EIS_Vol-1_508.pdf. The second excerpt is Figure 3-17, a map titled *NPS, UNESCO, and Select Chacoan Roads and Great Houses*, and the third excerpt is Figure 3-23, a map titled *Oil and Gas Development Potential 2018-2037*, which are both in Volume 2 of the RMP Amendment/EIS, which is available online at: https://eplanning.blm.gov/public_projects/lup/68107/20013478/250018468/FMG_DraftRMPA-EIS_Vol-2_508.pdf.

27. Attached as Exhibit 26 is a true and correct copy of an AJD (SAJ-2019-01387) from the Jacksonville District of the Army Corps, dated July 16, 2020, which is available online at: https://usace.contentdm.oclc.org/utils/getfile/collection/p16021coll7/id/14826.[2]

28. Attached as Exhibit 27 is a true and correct copy of an AJD (SAJ-2020-00943) from the Jacksonville District of the Army Corps, dated July 30, 2020, which is available online at: https://usace.contentdm.oclc.org/utils/getfile/collection/p16021coll7/id/15138.

29. Attached as Exhibit 28 is a true and correct copy of the U.S. Fish & Wildlife Service's webpage on "Habitat," accessed on October 4, 2020, which is available online at: https://www.fws.gov/habitat/.

30. Attached as Exhibit 29 is a true and correct copy of an excerpt from a Clean Water Act Water Quality Assessment for the Santa Cruz Watershed prepared by the Arizona Department of Environmental Quality. The document is available in full online at: https://legacy.azdeq.gov/environ/water/assessment/download/scw.pdf.

---

[2] Although the pagination of this AJD indicates that there are three pages, the AJD posted on the Army Corps' website is only two pages.

31. Attached as Exhibit 30 is a true and correct copy of an AJD (SAJ-2019-00868) from the Jacksonville District of the Army Corps, dated June 30, 2020, which is available online at: https://usace.contentdm.oclc.org/utils/getfile/collection/p16021coll7/id/15417.

32. Attached as Exhibit 31 is a true and correct copy of the U.S. Fish & Wildlife Service's species profile for the Everglade snail kite, accessed on October 5, 2020, which is available online at: https://ecos.fws.gov/ecp/species/7713.

33. Attached as Exhibit 32 is a true and correct copy of the U.S. Fish & Wildlife Service's species profile for the wood stork, accessed on October 5, 2020, which is available online at: https://ecos.fws.gov/ecp/species/8477.

34. Attached as Exhibit 33 is a true and correct copy of an AJD (SPA2020-201) from the Albuquerque District of the Army Corps, dated August 26, 2020, which is available online at: https://www.spa.usace.army.mil/Portals/16/docs/civilworks/regulatory/Jurisdiction/Approved%20JDs/New%20Mexico/2020-%20201%20AJD.pdf?ver=2020-08-26-173432-280.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on October 15, 2020

                                            */s/ Michelle Wu*
                                            Michelle Wu
                                            Natural Resources Defense Council
                                            40 West 20th Street
                                            New York, NY 10011
                                            (646) 889-1489
                                            michellewu@nrdc.org

                                            *Counsel for Plaintiffs Clean Wisconsin, New Mexico Wilderness Alliance, Natural Resources Defense Council, and Prairie Rivers Network*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2020, I caused the foregoing declaration to be filed and served upon counsel of record via the Court's CM/ECF filing system.


Dated:  October 15, 2020                                      */s/ Michelle Wu*