Declaration of Michelle Wu

# Exhibit 28



# Habitat

Index of All Activities

Links to Program Areas That
Assess, Protect or Restore
Habitat:

- Bird Habitat Conservation
- Coastal Barrier Resource System
- Coastal Grants
- Coastal Program
- Duck Stamp
- Endangered Species
- Environmental Quality
- Federal Assistance
- Fish and Wildlife Mgt Assistance
- Habitat and Resource Conservation
- International Conservation
- Invasive Species
- National Wetlands Inventory
- National Wildlife Refuge System
- Partners for Fish and Wildlife

**Habitat** is a combination of environmental factors that provides food, water, cover and space that a living thing needs to survive and reproduce. Habitat types include: coastal and estuarine, rivers and streams, lakes and ponds, wetlands, riparian areas, deserts, grasslands/prairie, forests, coral reefs, marine, perennial snow and ice, and urban.

Destruction, degradation, and fragmentation of habitat is the driving force behind today's decline in species and biodiversity. Impacts to habitat can be caused directly by such activities as the clearing of forests to grow crops or build homes, or indirectly, for example, by the introduction of invasive species or increased pollution run-off from yards and fields. It is the mission of the U.S. Fish and Wildlife Service to work with others to conserve, protect, and enhance fish, wildlife, and plants and their habitats for the continuing benefit of the American people. Learn more about the habitat-related activities of the Service programs by visiting the links below - and get involved.

• **Habitat Protection, Management and Restoration**

• **Partnerships, Grants, and Financial Assistance for Habitat Conservation**

• **Assessment and Monitoring**

• **Project Planning, Permits, Technical Assistance and Review**

• **Education and Getting Involved**

## Features

Global Climate Change

NEW 2008 Federal Duck Stamp Contest Information

Native Plants for Wildlife Habitat and Conservation Landscaping (online)
print copy (free)

Plant Invaders of Mid-Atlantic Natural Areas

On the Wild Side - Chesapeake Bay Field Office's quarterly Newsletter

New Blueprint for Migratory Birds and their habitats

National Fish and Habitat Initiative

Geographically Isolated Wetlands Report

Stop Aquatic Hitchhikers! Protect Your Waters

Want to protect habitat?
Buy a Duck Stamp

Last updated: September 9, 2011

U.S. Fish and Wildlife Service Home Page | Department of the Interior | USA.gov
About the U.S. Fish and Wildlife Service | Accessibility | Privacy | Notices | Disclaimer | FOIA

Search