## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants, <br><br> CHANTELL SACKETT; MICHAEL SACKETT, <br><br> Proposed Defendant-Intervenors. | Civil Action No. 1:20-cv-10820-DPW |

## UNOPPOSED MOTION TO INTERVENE

Pursuant to Federal Rule of Civil Procedure 24, Chantell and Michael Sackett ("the Sacketts") move to intervene to defend the "adjacent wetlands" provisions of the Navigable Waters Protection Rule, 85 Fed. Reg. 22,250 (Apr. 21, 2020), which Plaintiffs are challenging in this case. The Sacketts move for intervention as a matter of right under Federal Rule of Civil Procedure 24(a) and alternatively for permissive intervention under Federal Rule of Civil Procedure 24(b).

This motion is based on the accompanying memorandum of law, the accompanying declaration of Chantell Sackett, the documents previously filed in this action, and any other material the Court may consider in this matter. The Sacketts also submit a [Proposed] Answer to Plaintiffs' Amended Complaint, under Federal Rule of Civil Procedure 24(c).

1

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), counsel for the Sacketts certify that they conferred with the existing parties to determine their positions on this motion. Counsel for the Sacketts conferred with counsel for the Defendants between October 14, 2020, and October 15, 2020, and were informed that Defendants take no position on the Sacketts' motion. Counsel for the Sacketts conferred with counsel for the Plaintiffs between October 15, 2020, and October 21, 2020, and were informed that although Plaintiffs' position is that under the current briefing schedule the Sacketts' intervention is prejudicial, they will not oppose the Sacketts' motion because the parties are jointly requesting (if intervention is granted) a modification of the scheduling order as follows: The Sacketts' opposition brief will be due on December 3, 2020, and will not exceed 20 pages, Plaintiffs' combined opposition/reply brief will be due on January 25, 2021, and will not exceed 42 pages, and Federal Defendants' reply brief will be due on February 24, 2021, and will not exceed 36 pages. Plaintiffs will submit a joint motion on behalf of all parties to modify the scheduling order, if the Court grants the Sacketts' motion to intervene.

DATED: October 21, 2020.

                                                Respectfully Submitted,

/s/ Matthew L. Fabisch
MATTHEW L. FABISCH
(BBO 673821)
Managing Attorney
Fabisch Law Offices
664 Pearl St.
Brockton, MA 02301
Tel: (401) 324-9344
Fax: (401) 354-7883
Email: Fabisch@Fabischlaw.com

ANTHONY L. FRANÇOIS*
Cal. Bar No. 184100
CHARLES T. YATES*
Cal. Bar No. 327704
Pacific Legal Foundation
930 G Street
Sacramento, CA 95814
Telephone: (916) 419-7111
Email: afrancois@pacificlegal.org
Email: cyates@pacificlegal.org

*Attorneys for Proposed Defendant-Intervenors*
*Chantell and Michael Sackett*

* *pro hac vice* motions pending

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 21, 2020, I filed and thereby caused the foregoing document to be served via the CM/ECF system in the United States District Court for the District of Massachusetts on all parties registered for CM/ECF in the above-captioned matter.

/s/ Matthew L. Fabisch
MATTHEW L. FABISCH