UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY et al., <br><br> *Defendants*. | Civil Action No. 20-cv-10820-DPW |

**UNOPPOSED MOTION FOR LEAVE TO FILE
AMICUS BRIEF OF MEMBERS OF CONGRESS IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

Thomas V. Urmy, Jr. (BBO # 506620)
Adam M. Stewart (BBO# 661090)
SHAPIRO HABER & URMY LLP
Seaport East
Two Seaport Lane
Boston, MA 02210
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
turmy@shulaw.com
astewart@shulaw.com

William Buzbee (New York Bar No. 2144004)
Edward and Carole Walter Professor
Professor of Law
Georgetown University Law Center
600 New Jersey Avenue NW
Washington DC 20001-2075
202 661 6536
wwb11@law.georgetown.edu

David R. Owen (California Bar No. 222314)
UC Hastings College of the Law
200 McAllister Street
San Francisco, CA 94102
(415) 703-8285
owendave@uchastings.edu

Sam Kalen (D.C. Bar No. 40483)
Centennial Distinguished Professor of Law
University of Wyoming College of Law
Laramie, Wyoming 82071
skalen@uwyo.edu
307-766-6706

Kim Diana Connolly
University of Buffalo School of Law
519 O'Brian Hall
Buffalo, NY 14260
(716) 645-2092
kimconno@buffalo.edu

***Counsel for Members of Congress.***

(Professors' affiliations provided for identification purposes only. Each professor has written in his or her personal capacity.)

1

In accordance with local rule 7.1(b)(3), *amici* members of Congress move for leave to file the attached amicus brief. This case addresses the meaning of the Clean Water Act, and *amici's* interest is in presenting this Court with an understanding of the text, structure, and goals of the law our predecessors enacted in 1972, along with its subsequent amendment in 1977, which further confirmed Congress' intent.

*Amici* include the following: Representative Peter A. DeFazio of Oregon, 4th Congressional District; Representative Grace Napolitano of California, 32nd Congressional District; Representative Donald S. Beyer Jr. of Virginia, 8th Congressional District; Representative Gwen Moore of Wisconsin, 4th Congressional District; Representative Gerald E. Connolly of Virginia, 11th Congressional District; Representative Paul D. Tonko of New York, 20th Congressional District; Representative Alan Lowenthal of California, 47th Congressional District; Representative Eleanor Holmes Norton of the District of Columbia; Representative Raúl M. Grijalva of Arizona, 3rd Congressional District; Representative Susan A. Davis of California, 53rd Congressional District; Representative André Carson of Indiana, 7th Congressional District; Representative Debbie Mucarsel-Powell of Florida, 26th Congressional District; Representative Danny K. Davis of Illinois, 7th Congressional District; Representative Jared Huffman of California, 2nd Congressional District; Representative Chris Pappas of New Hampshire, 1st Congressional District; Representative Jackie Speier of California, 14th Congressional District; Representative Marcy Kaptur of Ohio, 9th Congressional District; Representative Juan Vargas of California, 51st Congressional District; Representative Bonnie Watson Coleman of New Jersey, 12th Congressional District; Representative Lisa Blunt Rochester of Delaware, Delegate At Large; Representative Steve Cohen of Tennessee, 9th Congressional District; Representative Jan Schakowsky of Illinois, 9th Congressional District; Representative Nanette Diaz Barragán of California, 44th Congressional District; Representative Ro

Khanna of California, 17th Congressional District; Representative Alcee L. Hastings of Florida, 20th Congressional District; Representative Chellie Pingree of Maine, 1st Congressional District; Representative Kathy Castor of Florida, 14th Congressional District; Representative Jesús "Chuy" García of Illinois, 4th Congressional District; Representative Julia Brownley of California, 26th Congressional District; Representative Maxine Waters of California, 43rd Congressional District; Representative Henry C. "Hank" Johnson, Jr. of Georgia, 4th Congressional District; Representative A. Donald McEachin of Virginia, 4th Congressional District; Representative Suzanne Bonamici of Oregon, 1st Congressional District; Representative Zoe Lofgren of California, 19th Congressional District; Representative Grace Meng of New York, 6th Congressional District; Representative Ed Case of Hawaii, 1st Congressional District; Representative Bobby L. Rush of Illinois, 1st Congressional District; Representative Adriano Espaillat of New York, 13th Congressional District; Representative Debbie Wasserman Schultz of Florida, 23rd Congressional District; Representative Tom Malinowski of New Jersey, 7th Congressional District; Representative Bill Foster of Illinois, 11th Congressional District; Representative Sean Casten of Illinois, 6th Congressional District; Representative Donald M. Payne, Jr. of New Jersey, 10th Congressional District; Representative Mike Quigley of Illinois, 5th Congressional District; Representative Salud Carbajal of California, 24th Congressional District; Representative Brenda Lawrence of Michigan, 14th Congressional District; Representative Doris Matsui of California, 6th Congressional District; Representative Deb Haaland of New Mexico, 1st Congressional District; Representative Debbie Dingell of Michigan, 12th Congressional District; Representative Pramila Jayapal of Washington, 7th Congressional District; Representative Tim Ryan of Ohio, 13th Congressional District; Representative Darren Soto of Florida, 9th Congressional District; Representative Robert C. "Bobby" Scott of Virginia, 3rd Congressional District; Representative John P. Sarbanes of Maryland, 3rd Congressional District; Representative Peter Welch of Vermont, Delegate At Large; Representative Albio Sires of New Jersey,

8th Congressional District; Representative Brendan F. Boyle of Pennsylvania, 2nd Congressional District; Representative Daniel T. Kildee of Michigan, 5th Congressional District; Representative Mark DeSaulnier of California, 11th Congressional District; Representative David N. Cicilline of Rhode Island, 1st Congressional District; Representative Nydia Velázquez of New York, 7th Congressional District; Representative Bill Keating of Massachusetts, 9th Congressional District; Representative Betty McCollum of Minnesota, 4th Congressional District; Representative Alma S. Adams, Ph.D. of North Carolina, 12th Congressional District; Representative Barbara Lee of California, 13th Congressional District' Representative James P. McGovern of Massachusetts, 2nd Congressional District; Representative José E. Serrano of New York, 15th Congressional District; Senator Thomas R. Carper of Delaware; Senator Benjamin L. Cardin of Maryland; Senator Tammy Duckworth of Illinois; Senator Edward J. Markey of Massachusetts; Senator Jeffrey A. Merkley of Oregon; Senator Sheldon Whitehouse of Rhode Island; Senator Bob Menendez of New Jersey; former Representative Tim Bishop of New York, 1st Congressional District; former Representative James P. Moran of Virginia, 8th Congressional District; and former Senator Barbara Boxer of California.

All parties consent to the relief requested by this motion.

Date: December 15, 2020	Respectfully submitted,

**/s/ Adam M. Stewart**
Thomas V. Urmy, Jr. (BBO #506620)
Adam M. Stewart (BBO# 661090)
SHAPIRO HABER & URMY LLP
Seaport East
Two Seaport Lane
Boston, MA 02210
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
turmy@shulaw.com
astewart@shulaw.com

***Counsel for Members of Congress***

### Local Rule 7.1 Certification

I certify that counsel for Members of Congress consulted with counsel for the parties on December 15, 2020, in an effort to resolve or narrow the issues that are the subject of this Motion and all parties do not oppose this Motion.

**/s/ Adam M. Stewart**
Adam M. Stewart

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 15, 2020.

**/s/ Adam M. Stewart**
Adam M. Stewart