## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, et al., | |
| Plaintiffs, | |
| v. | Case No. 20-cv-10820-DPW |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants, | |
| CHANTELLE SACKETT; MICHAEL SACKETT, | |
| Defendant-Intervenors. | |

### PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW COUNSEL

Pursuant to Local Rule 83.5.2, Plaintiffs Natural Resources Defense Council (NRDC), Clean Wisconsin, New Mexico Wilderness Alliance, and Prairie Rivers Network move to withdraw the appearance of Daniel Hessel from the above-captioned matter and request that the Clerk of Court remove his name from the active CM/ECF service list. Mr. Hessel's last day of employment for Plaintiff NRDC will be January 29, 2021, and therefore he will no longer represent any Plaintiffs after that date. Catherine Marlantes Rahm, Jolie McLaughlin, Nancy S. Marks, and Michelle Wu will continue to represent Plaintiffs NRDC, Clean Wisconsin, New Mexico Wilderness Alliance, and Prairie Rivers Network. Elena M. Mihaly and Heather A. Govern will continue to represent Plaintiffs Conservation Law Foundation, Connecticut River Conservancy, Massachusetts Audubon Society, and Merrimack River Watershed Council.

1

Plaintiffs have conferred with counsel for Federal Defendants and Defendant-Intervenors, who confirmed that they do not object to this motion.

Dated: January 28, 2021                    Respectfully submitted,

*/s/ Jolie McLaughlin*
Jolie McLaughlin, *pro hac vice*
Natural Resources Defense Council
20 N. Wacker Drive, Suite 1600
Chicago, IL 60606
Phone: (312) 995-5902
Email: jdmclaughlin@nrdc.org

Nancy S. Marks, Bar No. 542204
Michelle Wu, *pro hac vice*
Catherine Marlantes Rahm, *pro hac vice*
Daniel Hessel, *pro hac vice*
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
Phone: (212) 727-4414
Email: nmarks@nrdc.org

*Counsel for Plaintiffs Clean Wisconsin, Natural Resources Defense Council, New Mexico Wilderness Alliance, and Prairie Rivers Network*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 28, 2021, I caused the foregoing **UNOPPOSED**

**MOTION TO WITHDRAW COUNSEL** to be filed and served upon counsel of record via the

Court's CM/ECF filing system.


Dated:  January 28, 2021                                */s/ Jolie McLaughlin*