### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, *et al.*,<br><br>     Plaintiffs,<br><br>     v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>     Defendants,<br><br>CHANTELL SACKETT; MICHAEL SACKETT,<br><br>     Defendant-Intervenors. | Case No. 20-cv-10820-DPW |

## DEFENDANTS' CONSENT MOTION TO MODIFY SCHEDULING ORDER

Defendants move the Court to modify its scheduling order, ECF No. 95, and extend the deadline for Defendants' reply brief by thirty-two days, from April 8, 2021 to May 10, 2021. Plaintiffs and Defendant-Intervenors consent to the relief requested in this motion.

In support of their motion, Defendants state as follows:

1.    Plaintiffs challenge the Navigable Waters Protection Rule: Definition of "Waters of the United States," 85 Fed. Reg. 22,250 (Apr. 21, 2020).  Defendants promulgated the rule to define the phrase "waters of the United States," which appears in Section 1362(7) of the Clean Water Act.

2.    On October 15, 2020, Plaintiffs served their motion for summary judgment.  ECF Nos. 30–34.

3.    On December 3, 2020, Defendants filed their cross-motion and response to Plaintiffs' motion.  ECF Nos. 45–46.  Defendant-Intervenors filed their response.  ECF No. 47.

4.      Pursuant to the Court's scheduling order, Plaintiffs' response and reply is due February 16, 2021, and Defendants' reply is due April 8, 2021.  ECF No. 95.

5.      On January 20, 2021, President Biden issued an Executive Order entitled "Executive Order on Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis."  86 Fed. Reg. 7037 (Jan. 25, 2021).  In conformance with the Executive Order, Defendants are reviewing many rules promulgated in the last four years, including the rule at issue in this case.  *See* Fact Sheet: List of Agency Actions for Review.[1]

6.      Good cause exists to modify the Court's scheduling order.  Agencies have inherent authority to review past decisions and to revise, replace, or repeal a decision to the extent permitted by law and supported by a reasoned explanation.  *FCC v. Fox Television Stations, Inc.*, 556 U.S. 502, 515 (2009); *Motor Vehicle Mfrs. Ass'n v. State Farm Mutual Auto. Ins. Co.*, 463 U.S. 29, 42 (1983).  An agency's interpretation of a statute it administers is not "carved in stone" but must be evaluated "on a continuing basis," for example, "in response to . . . a change in administrations."  *Nat'l Cable & Telecomm. Ass'n v. Brand X Internet Servs.*, 545 U.S. 967, 981 (2005) (internal quotation marks and citations omitted).

7.      Defendants request an extension of their reply brief deadline to give appropriate officials time to review the rule.  Defendants seek this relief without prejudice and reserve the right to seek additional relief, including an extended abeyance, should they require additional time to determine whether the rule should be maintained, modified, or otherwise reconsidered.

8.      Granting this motion will not prejudice any Party, will conserve the Parties' resources, and will promote the interest of judicial economy.

---

[1] Available at https://www.whitehouse.gov/briefing-room/statements-releases/2021/01/20/fact-sheet-list-of-agency-actions-for-review/ (last visited on Feb. 5, 2021).

For the foregoing reasons, Defendants respectfully request that the Court extend

Defendants' reply deadline to May 10, 2021.

Respectfully submitted this 5th day of February, 2021.


                                        Respectfully submitted,

                                        s/ *Sarah Izfar*
                                        PHILIP DUPRÉ
                                        SARAH IZFAR
                                        KEVIN MCARDLE
                                        *Attorneys*
                                        Environment and Natural Resources Division
                                        U.S. Department of Justice
                                        4 Constitution Square
                                        150 M Street, NE
                                        Washington, DC 20002

                                        Telephone (202) 305-0490
                                        Facsimile (202) 514-8865
                                        sarah.izfar@usdoj.gov

                                        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021, I electronically transmitted the foregoing to the

Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to

registered counsel for all parties.


*/s/ Sarah Izfar*