IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants, <br><br> CHANTELL SACKETT; MICHAEL SACKETT, <br><br> Defendant-Intervenors. | Case No. 20-cv-10820-DPW |

**JOINT NOTICE REGARDING THE STATUS OF PENDING LITIGATION IN OTHER JURISDICTIONS**

Pursuant to this Court's April 30, 2021 order directing the parties to provide the status of pending litigation in other jurisdictions, ECF No. 106, the parties submit the following table listing all other pending cases in which plaintiffs have challenged the Navigable Waters Protection Rule: Definition of "Waters of the United States," 85 Fed. Reg. 22,250 (Apr. 21, 2020) (the "NWPR"). For the Court's convenience, and to simplify matters, the table presents the pending litigation in order of the filing date of the original complaint, and therefore some cases were filed before the promulgation of the NWPR. In those cases, plaintiffs challenged either a 2015 rule, entitled "Clean Water Rule: Definition of 'Waters of the United States,'" 80 Fed. Reg. 37,054 (June 29, 2015) (the "Clean Water Rule"), and/or a 2019 rule, entitled "Definition of 'Waters of the United States' – Recodification of Pre-Existing Rules," 84 Fed. Reg. 56,626 (Oct. 22, 2019) (the "Repeal Rule"), and later amended their claims to challenge the NWPR. Due to a variety of circumstances, not all cases have followed the same trajectory, and earlier-filed cases have not necessarily progressed further in the litigation than later-filed cases.

1

The first case to challenge the NWPR was *Chesapeake Bay Foundation, Inc. v. Regan*, 1:20-cv-1064 (D. Md.), which was filed on April 27, 2020. Later that same day, New Mexico Cattle Growers' Association, which initially challenged the Repeal Rule, filed an amended complaint asserting claims challenging the NWPR in *New Mexico Cattle Growers' Ass'n v. EPA*, 1:19-cv-988 (D.N.M.). These were the only two cases to challenge NWPR before this case was filed on April 29, 2020 (*see* ECF No. 1). Another case challenging the NWPR, *South Carolina Coastal Conservation League v. Regan*, 2:20-cv-1687 (D.S.C.), was also filed on April 29, 2020.

| **Case Name** | **Case No./ Jurisdiction** | **Date Case Filed** | **Date NWPR Claims Filed** | **Status** |
|---|---|---|---|---|
| *Waterkeeper Alliance, Inc. v. Regan*[1] | 3:18-cv-3521 (N.D. Cal.) | 6/13/2018 | 12/23/2020 | Stay ended 4/17/2021; response to Plaintiffs' amended complaint due 6/22/2021. *See* ECF No. 105 (Apr. 14, 2021). |
| *Washington Cattlemen's Ass'n v. EPA*[2] | 2:19-cv-569 (W.D. Wash.) | 4/16/2019 | 5/4/2020 | Stay ended 5/1/2021; motion to extend the stay to 7/1/2021 pending (*see* ECF Nos. 96, 97 (Apr. 29, 2021)); motion to consolidate with *Puget Soundkeeper* pending. |
| *New Mexico Cattle Growers' Ass'n v. EPA*[3] | 1:19-cv-988 (D.N.M.) | 10/22/2019 | 4/27/2020 | Stayed until 6/1/2021. *See* ECF No. 64 (Apr. 29, 2021). |

---

[1] Original complaint challenged the 2015 Clean Water Rule and was amended to challenge the 2019 Repeal Rule and NWPR as well.

[2] Original complaint challenged the 2015 Clean Water Rule and was amended to challenge the 2019 Repeal Rule and the NWPR as well.

[3] Original complaint challenged the 2019 Repeal Rule and was amended to challenge the NWPR as well.

| Case Name | Case No./ Jurisdiction | Date Case Filed | Date NWPR Claims Filed | Status |
|---|---|---|---|---|
| *Murray v. Regan*[4] | 1:19-cv-1498 (N.D.N.Y.) | 12/4/2019 | 5/11/2020 | Stayed until 8/2/2021. *See* ECF No. 42 (Feb. 2, 2021). |
| *Chesapeake Bay Foundation, Inc. v. Regan*[5] | 1:20-cv-1063; 1:20-cv-1064 (consol.) (D. Md.) | 4/27/2020 | 4/27/2020 | Stayed until 7/29/2021. *See* ECF No. 48 (Feb. 2, 2021). |
| *South Carolina Coastal Conservation League v. Regan* | 2:20-cv-1687 (D.S.C.) | 4/29/2020 | 4/29/2020 | Stay ended 5/1/2021. *See* ECF No. 106 (Mar. 1, 2021). |
| *California v. Regan* | 3:20-cv-3005 (N.D. Cal.) | 5/1/2020 | 5/1/2020 | Stayed until 6/15/2021. *See* ECF No. 241 (Apr. 16, 2021). |
| *Colorado v. EPA* | 1:20-cv-1461 (D. Colo.) | 5/22/2020 | 5/22/2020 | Plaintiff's motion for summary judgment due 6/14/2021. *See* ECF No. 101 (Apr. 21, 2021). |
| *Navajo Nation v. Regan* | 2:20-cv-602 (D.N.M.) | 6/22/2020 | 6/22/2020 | Defendants' cross motion for summary judgment and response due 6/1/2021. *See* ECF No. 29 (Mar. 17, 2021). |
| *Pasqua Yaqui Tribe v. EPA* | 4:20-cv-266 (D. Ariz.) | 6/22/2020 | 6/22/2020 | Stay denied; Defendants' cross motion for summary judgment and response due 7/13/2021. *See* ECF No. 32 (Apr. 12, 2021). |
| *Puget Soundkeeper Alliance v. EPA* | 2:20-cv-950 (W.D. Wash.) | 6/22/2020 | 6/22/2020 | Stay ended 5/1/2021; stipulated motion to extend the stay to 7/1/2021 pending. *See* ECF No. 49 (Apr. 29, 2021). Case statistically closed; motion to consolidate with *Washington Cattlemen's* pending. |

---

[4] Original complaint challenged the 2019 Repeal Rule and was amended to challenge the NWPR as well.

[5] Case No. 20-cv-1063 challenges the 2019 Repeal Rule and Case No. 20-cv-1064 challenges the NWPR. The court granted a joint motion to consolidate the cases.

3

| Case Name | Case No./ Jurisdiction | Date Case Filed | Date NWPR Claims Filed | Status |
|---|---|---|---|---|
| *Environmental Integrity Project v. Regan* | 1:20-cv-1734 (D.D.C.) | 6/25/2020 | 6/25/2020 | Stayed until further order of the court; joint status report due 7/28/21.  See Jan. 28, 2021 Minute Order. |
| *Pueblo of Laguna v. Regan* | 1:21-cv-277 (D.N.M.) | 3/26/2021 | 3/26/2021 | Response to the Complaint due 6/7/2021. |

Respectfully submitted this 14th day of May, 2021.

/s/ *Sarah Izfar*
PHILIP R. DUPRÉ
SARAH IZFAR
KEVIN MCARDLE
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
4 Constitution Square
150 M Street, NE
Washington, DC 20002

Telephone (202) 305-0490
Facsimile (202) 514-8865
sarah.izfar@usdoj.gov

*Counsel for Defendants*


/s/ *Jolie McLaughlin*
Jolie McLaughlin, *pro hac vice*
Natural Resources Defense Council
20 N. Wacker Drive, Suite 1600
Chicago, IL 60606
Phone: (312) 995-5902
Email: jdmclaughlin@nrdc.org

Nancy S. Marks, Bar No. 542204
Michelle Wu, *pro hac vice*
Catherine Marlantes Rahm, *pro hac vice*
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
Phone: (212) 727-4414
Email: nmarks@nrdc.org

*Counsel for Plaintiffs Clean Wisconsin, Natural Resources Defense Council, New Mexico Wilderness Alliance, and Prairie Rivers Network*

*/s/ Heather A. Govern*
Heather A. Govern, Bar No. 688482
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
Phone: (617) 850-1765
Email: hgovern@clf.org

Elena Mihaly, Bar No. 687387
Conservation Law Foundation
15 East State Street, Suite 4
Montpelier, VT 05602
Phone: (802) 622-3012
Email: emihaly@clf.org

*Counsel for Plaintiffs Conservation Law Foundation, Connecticut River Conservancy, Massachusetts Audubon Society, and Merrimack River Watershed Council*

*/s/ Anthony L. François*
ANTHONY L. FRANÇOIS*
Cal. Bar No. 184100
CHARLES T. YATES*
Cal. Bar No. 327704
Pacific Legal Foundation
930 G Street
Sacramento, CA  95814
Telephone: (916) 419-7111
Email:  afrancois@pacificlegal.org
Email:  cyates@pacificlegal.org

5

        MATTHEW L. FABISCH (BBO 673821)
        Fabisch Law Offices
        664 Pearl St.
        Brockton, MA 02301
        Telephone: (401) 324-9344
        Fax: (401) 354-7883
        Email: Fabisch@Fabischlaw.com

*Attorneys for Defendant-Intervenors*
*Chantell and Michael Sackett*
*\* pro hac vice*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 14, 2021, I electronically transmitted the foregoing to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to registered counsel for all parties.

                                                                           */s/ Sarah Izfar*