IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.,*<br><br>    Defendants,<br><br>CHANTELL SACKETT; MICHAEL SACKETT,<br><br>    Defendant-Intervenors. | Case No. 20-cv-10820-DPW |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR REMAND WITHOUT VACATUR**

Pursuant to Local Rule 7.1(b)(3), Defendants United States Environmental Protection Agency and the United States Army Corps of Engineers, *et al*. (the "Agencies") respectfully move this Court for leave to file a reply in support of their Motion for Remand Without Vacatur, ECF Nos. 112–13. Defendants' proposed reply brief is attached as Exhibit A to this motion.

Defendants respectfully submit that the reply brief will aid the Court in considering the pending motion. The reply responds to arguments raised in the responses filed by Plaintiffs and Defendant-Intervenors, ECF Nos. 115–16, and does not unnecessarily rehash the Agencies' motion and accompanying memorandum of law.

Pursuant to Local Rule 7.1(a)(2), counsel for Defendants has conferred with counsel for Plaintiffs and Defendant-Intervenors and neither oppose the motion.

Respectfully submitted this 30th day of June 2021.

/s/ *Sarah Izfar*
JEAN E. WILLIAMS
*Acting Assistant Attorney General*
PHILIP R. DUPRÉ
SARAH IZFAR
KEVIN MCARDLE
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
4 Constitution Square
150 M Street, NE
Washington, DC 20002

Telephone (202) 305-0490
Facsimile (202) 514-8865
sarah.izfar@usdoj.gov

*Counsel for Defendants*

Of Counsel:

JAMES O. PAYNE
Deputy General Counsel
Environmental Protection Agency

ELISE M. O'DEA
Attorney-Advisor
Environmental Protection Agency

CRAIG R. SCHMAUDER
Senior Officer Performing Duties of General Counsel
Department of Army

DAVID R. COOPER
Chief Counsel
U.S. Army Corps of Engineers
*Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2021, I electronically transmitted the foregoing to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to registered counsel for all parties.

*/s/ Sarah Izfar*
